# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CARMEN C. RAMIREZ | | |
| **Case Number:** | 2:08-BK-05165-RTB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 02, 2009 02:30 PM   7TH FLOOR #703 | | |
| **Hearing Officer:** | JIM SAMUELSON | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS SERVICING LP, IT'S SUCCESSORS AND/OR ASSIGNS (2524 E CHESTER DR. CHANDLER)

**R / M #:**   86 / 0

## *Appearances:*

LEONARD MCDONALD, ATTORNEY FOR COUNTRYWIDE
CARMEN RAMIREZ

## *Proceedings:*

Parties asked for a continuance of this matter

THIS MATTER IS CONTINUED TO SEPTEMBER 30. 2009 AT 2:30 P.M.